UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WARREN,<br><br>           Plaintiff,<br><br>     v.<br><br>PAOLA MADURO,<br><br>           Defendant. | Case No. 21-cv-09729-JSC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Judge Joseph C. Spero for consideration of whether the case is related to *Warren v. Guerrero*, 21-cv-09427-JCS.

**IT IS SO ORDERED.**

Dated: December 20, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge